# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND

SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND  20770
TEL: (301) 344-0600
FAX: (301) 344-0019
TOLL FREE: (888) 387-3384

**JAMES WYDA**
FEDERAL PUBLIC DEFENDER

**JOANNA SILVER**
ASSISTANT FEDERAL PUBLIC DEFENDER
Direct Dial:  (301) 344-2319
E-mail:  joanna_silver@fd.org

November 20, 2023

The Honorable Deborah L. Boardman
United States District Court
District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Re:   Post-Sentencing Release Conditions
      *United States v. Carey Sackmann*
      Case No. DLB-21-0355

Dear Judge Boardman:

    Mr. Sackmann will appear for sentencing before this court on November 27, 2023.  I write to alert the court to the fact that Mr. Sackmann will be requesting a modification of the conditions of his release for the period of time between his sentencing and the self-surrender date that we will be asking the court to impose.

    Mr. Sackmann has been on pretrial release, with 24-hour a day home detention, since September 23, 2021.  He has been permitted to leave his home only for medical and legal appointments, religious observation, and a weekly visit with his elderly parents.  He has been in compliance with all conditions since his release.  Given his performance over the past two years and his desire to spend more time with his parents and prepare himself and his family for what will be a very lengthy period of incarceration, he will ask the court to modify his conditions to an electronically-monitored curfew.  All other conditions would remain the same.

    Undersigned counsel consulted with counsel for the government, Adam Ake, and with Mr. Sackmann's pretrial officer, Desiree Akuchie.  Both parties have indicated their consent.

Sincerely,

/s/

JOANNA SILVER
Assistant Federal Public Defender

cc: Adam Ake, AUSA